[No. 19545-0-I.   Division One.   May 4, 1988.]

ELSIE BURGY, *Respondent,* v. DONALD W. HAWKINS,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for What-
com County, No. 86-2-00665-2, Byron L. Swedberg, J.,
entered October 31, 1986. *Affirmed* by unpublished opinion
per Winsor, J., concurred in by Williams and Webster, JJ.

[No. 19387-2-I.   Division One.   May 4, 1988.]

JOHN SUNEL, ET AL, *Appellants,* v. GLEN STRODE,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for What-
com County, No. 85-2-00501-1, David A. Nichols, J.,
entered September 30, 1986. *Affirmed* by unpublished
opinion per Revelle, J. Pro Tem., concurred in by Williams
and Grosse, JJ.

[No. 10473-3-II.   Division Two.   May 5, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CURTIS
DWAYNE KELLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 86-1-00581-3, E. Albert Morrison, J., entered
August 6, 1986. *Affirmed* by unpublished opinion per Reed,
C.J., concurred in by Petrich and Worswick, JJ.

[No. 10263-3-II.   Division Two.   May 5, 1988.]

THE CITY OF BREMERTON, *Appellant,* v. MARK RICHMOND,
*Respondent.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 86-1-00081-8, James I. Maddock, J., entered
August 15, 1986. *Reversed* by unpublished opinion per
Petrich, J., concurred in by Alexander, A.C.J., and Wors-
wick, J.